**DISMISS; Opinion Filed October 14, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00880-CR

**JONATHAN MATTHEW LEATHERWOOD, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-34596-M**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Evans
Opinion by Justice Lang

Jonathan Matthew Leatherwood pleaded guilty to "attempted driving while intoxicated 3rd." Following the plea agreement, the trial judge assessed punishment at 365 days in county jail. Appellant waived his right to appeal in conjunction with the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219-20 (Tex. Crim. App. 2000). The trial court's rule 25.2(d) certification states both that the case involves a plea bargain and appellant has no right to appeal. The certification is supported by the documents before the Court. *See Dears v. State*, 154 S.W.3d 610, 614–15 (Tex. Crim. App. 2005). We dismiss this appeal for want of jurisdiction.

/Douglas S. Lang/

Do Not Publish
TEX. R. APP. P. 47.2(b)
160880F.U05

DOUGLAS S. LANG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JONATHAN MATTHEW
LEATHERWOOD, Appellant

No. 05-16-00880-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F15-34596-M.
Opinion delivered by Justice Lang, Justices
Myers and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered this 14th day of October, 2016.